No. 89–486. HERNANDEZ v. RICE, SECRETARY OF THE AIR FORCE. C. A. 5th Cir. Certiorari granted, judgment vacated,

and case remanded to the Court of Appeals to consider whether or not, in all of the circumstances of the case, receipt of the nondefective complaint by the District Court clerk's office constituted a "filing" for the purposes of 42 U. S. C. §2000e–16(c) (1982 ed.).